Cite as 2023 Ark. 196
# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** December 21, 2023

IN RE APPOINTMENTS OF
MEMBERS TO THE ARKANSAS
SUPREME COURT COMMITTEE
ON THE UNAUTHORIZED
PRACTICE OF LAW

**PER CURIAM**

Cindy Wagnon of Warren, Fourth Congressional District, is appointed to the Committee on the Unauthorized Practice of Law for a three-year term to expire on December 31, 2026. Stuart Davis of Little Rock, at-large position, is appointed to the Committee on the Unauthorized Practice of Law for a three-year term to expire on December 31, 2026. The court thanks Ms. Wagnon and Ms. Davis for accepting appointments to this committee.